IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                NO. 4:05CR00088-01 GTE

JEFFREY LAWRENCE BRACY

                                ORDER

By Order of this Court on January 18, 2006, Defendant Bracy was committed to the Federal Medical Center in Lexington, Kentucky for a mental health evaluation pursuant to Title 18, U.S.C. Sections 4241 and 4242. Mr. Bracy arrived at the FMC Lexington, Kentucky on February 24, 2006. The Federal Bureau of Prisons informs the Court that because of the large volume of evaluations received at the facility, it will take the clinical staff 60 days to sufficiently examine Defendant Bracy, from the date of his arrival on February 24, 2006, therefore an extension is requested by the Federal Bureau of Prisons. See copy of letter attached as Exhibit A to this Order.

IT IS THEREFORE ORDERED THAT a 90-day extension is granted to the FMC Lexington, Kentucky for the mental evaluation and completion of a report to the Court, regarding Defendant Jeffrey Bracy.

Dated this 13th day of March, 2006.

                    _____
                    UNITED STATES DISTRICT JUDGE



**UNITED STATES GOVERNMENT**
# Federal Bureau of Prisons
*Federal Medical Center*
*3301 Leestown Road*
*Lexington, Kentucky 40511-8799*

February 28, 2006

The Honorable Garnett Thomas Eisele
United States District Judge
Eastern District of Arkansas, Western Division
600 West Capitol Avenue, Room 502
Little Rock, AR 72201

Re:   BRACY, Jeffrey
      Case No. 4:05CR00088-01 GTE
      Reg. No. 23751-009

Dear Judge Eisele:

Your court order, dated January 18, 2006, committed Jeffrey Bracy to a mental health evaluation pursuant to Title 18, United States Code, Sections 4241 and 4242, to determine his competence to stand trial and his mental state at the time of the alleged offense. Mr. Bracy arrived at the Federal Medical Center (FMC) Lexington, Kentucky on February 24, 2006. Due to the large number of evaluations received at this facility and in order to allow our clinical staff sufficient time to conduct a thorough examination, we are respectfully requesting an extension which would allow us 60 days from the date of the defendant's arrival at FMC Lexington to complete the evaluation. Under such a time frame, the evaluation would be completed by April 25, 2006, and a report would be available to the Court by May 16, 2006.

If you concur with our request, please fax us a new order at (859) 253-8845. We sincerely appreciate your consideration in this matter.

Sincerely,

Stephen M. Dewalt
Warden